| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORBETT LEGRAND,** | Case No. C 09-00370 SBA (PR) |
| Petitioner, | **AMENDED [PROPOSED] ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed October 22, 2009, and provide the relevant state court record, will be extended to April 20, 2010. Petitioner's traverse, if any, shall be filed and served within 60 days of service of an answer or otherwise responsive pleading.

Dated: 3/2/10

*/s/ Saundra B. Armstrong*
The Honorable Saundra B. Armstrong

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORBETT LEGRAND,

       Plaintiff,

 v.

JAMES A. YATES et al,

       Defendant.
_____/

Case Number: CV09-00370 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Corbett LeGrand F05662
Pleasant Valley State Prison
P.O. Box 5500
Coalinga, CA 93210

Dated: March 4, 2010

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk