1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   **CORBETT LEGRAND,**                    Case No. C 09-00370 SBA (PR)
                                Petitioner,  **AMENDED [PROPOSED] ORDER**
13
14         v.
15   **JAMES A. YATES, Warden,**
16                                Respondent.
17
18       IT IS HEREBY ORDERED that the time within which respondent is to respond to the
19   Order to Show Cause filed October 22, 2009, and provide the relevant state court record,
20   will be extended to April 20, 2010. Petitioner's traverse, if any, shall be filed and served within
21   60 days of service of an answer or otherwise responsive pleading.
22
23   Dated:  3/2/10                          _____
                                             The Honorable Saundra B. Armstrong
24
25
26
27
28
                                              1

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  CORBETT LEGRAND,

           Plaintiff,
5
     v.
6
   JAMES A. YATES et al,
7
           Defendant.
8  _____/

9
                                              Case Number: CV09-00370 SBA
10
                                              **CERTIFICATE OF SERVICE**
11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
13
   That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15 receptacle located in the Clerk's office.

16

17
   Corbett LeGrand F05662
18 Pleasant Valley State Prison
   P.O. Box 5500
19 Coalinga, CA 93210

20
   Dated: March 4, 2010
21
                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28