UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORBETT LE GRAND,<br><br>            Petitioner,<br><br>    vs.<br><br>JAMES A. YATES, Warden,<br><br>            Respondent. | Case No:  C 09-00370 SBA<br><br>**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME AS MOOT**<br><br>Dkt. 16 |

Petitioner seeks an extension of time to file his Notice of Appeal from the judgment entered by this Court in connection with its order denying his petition for a writ of habeas corpus. Petitioner's counsel claims that he had thirty days from the date the judgment, filed March 30, 2012, to file his appeal, but that he mis-calendared the deadline. However, the thirty-day deadline to appeal begins to run from date the judgment is *entered*. Fed. R.App. P. 4(a)(1)(A). Although the judgment was dated March 30, 2012, it was not entered until April 13, 2012. Therefore, Petitioner's notice of appeal filed on May 8, 2012 is timely without an extension. Dkt. 20. Accordingly,

IT IS HEREBY ORDERED THAT Petitioner's motion for extension of time to file appeal is DENIED as moot. This Order terminates Docket 16.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge